NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GIRARD C. CHAMNESS,**
*Plaintiff-Appellant,*

**v.**

**JOHN MCHUGH, Secretary of the Army,**
*Defendant-Appellee.*

---

2012-1547

---

Appeal from the United States District Court for the District of Columbia in No. 09-CV-2287, Judge Beryl A. Howell.

---

**JUDGMENT**

---

DAVID P. SHELDON, Law Offices of David P. Sheldon, PLLC, of Washington, DC, argued for plaintiff-appellant.

DOUGLAS K. MICKLE, Senior Trial Counsel, Commercial Litigation Branch, Civil Division, of Washington, DC, argued for defendant-appellee. With him on the brief were STUART F. DELERY, Principal Assistant Attorney General, JEANNE E. DAVIDSON, Director, and BRYANT G. SNEE, Deputy Director. Of counsel on the brief was

CHRISTOPHER C. COX, United States Army Legal Services Agency, Army Litigation Division, Fort Belvior, Virginia.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MAYER, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 14, 2013          /s/ Daniel E. O'Toole
        Date                      Daniel E. O'Toole
                                        Clerk